## CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| Debtor: Margaret A. Smith | SS# XXX-XX- 5636 | Current Monthly Income $ 2,792.64 |
| Joint Debtor: N/A | SS# XXX-XX- | Current Monthly Income $ |
| Address: 54 Jefferson Rd., Wiggins, MS 39577 | | No. of Dependents: 0 |

*Any Federal or State Tax Refund, including Earned Income Credit (EIC), that exceeds the exemption to which the Debtor(s) is/are entitled shall be transmitted to the Chapter 13 Trustee for application to any unsecured claims, and, if paid in full, to the base amount of the Plan.*

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a Proof of Claim to be paid under any Plan that may be confirmed, and the treatment of all secured/priority debts must be provided for in this Plan.**

### PAYMENT AND LENGTH OF PLAN

The Plan period shall be for a period of ___60___ months, not to exceed sixty (60) months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)  Debtor shall pay $ _1,317.00_ per ( monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee.
A payroll deduction order will be issued to the Debtor's employer @:   Bedford Care Center
300 Cahal St.
Hattiesburg, MS 39401

(B)  Joint Debtor shall pay $ ___N/A___ per ( monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee.
A payroll deduction order will be issued to the Debtor's employer @:   N/A

**PRIORITY CREDITORS**. Filed Claims that ARE NOT disallowed and are to be paid in FULL:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRS | $ N/A | @ $ _____ per month | State Tax Commission $ N/A | @ $ _____ per month |
| Other | $ N/A | @ $ _____ per month | Other $ N/A | @ $ _____ per month |

**DOMESTIC SUPPORT OBLIGATIONS (POST-PETITION) DUE TO:**   N/A

Beginning _____ in the amount of $ _____ per month
shall be paid _____ direct _____ through payroll deduction _____ through the Plan

**PRE-PETITION DOMESTIC SUPPORT ARREARAGE CLAIM DUE TO:**   N/A

Arrearages in the amount of $ _____ shall be paid @ $ _____ per mo.
_____ through payroll deduction _____ through the Plan

### HOME MORTGAGE(S)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mtg Pmts to: Chase Home Finance | Beginning: | March, 2011 | @ $ | 673 | / mo. | (x ) Plan | ( ) Direct |
| Mtg Pmts to: | Beginning: | | @ $ | | / mo. | ( ) Plan | ( ) Direct |
| Mtg Pmts to: | Beginning: | | @ $ | | / mo. | ( ) Plan | ( ) Direct |
| Mtg Arrears to: Chase Home Finance | Through: | February, 2011 | $ | 3,365.00 | | | 56.08 per mo. |
| Mtg Arrears to: | Through: | | $ | | @ $ | | per mo. |
| Mtg Arrears to: | Through: | | $ | | @ $ | | per mo. |

Debtor's Initials _MAS_
Joint Debtor's Initials _____

**SECURED CLAIMS**. Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until the Plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx.<br>Amt. Owed | Value | Intrst.<br>Rate | Total Amt.<br>To Be Paid | Monthly<br>Payment |
|---|---|---|---|---|---|---|
| Chase Auto (not 910) | 07 Nissan Altima | 11,125.25 | 13,838.00 | 7% | 13,217.40 | 220.29 |
| | | | | 7% | | |
| | | | | 7% | | |
| | | | | 7% | | |
| | | | | 7% | | |
| | | | | 7% | | |
| | | | | 7% | | |

**SPECIAL CLAIMANTS**. (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, the creditor must file a Proof of Claim in order to receive proposed payment.

| Creditor's Name | Collateral or<br>Type of Debt | Approx.<br>Amt. Owed | Proposal to be Paid |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the Chapter 13 Plan, including, but not limited to, adequate protection payments:      N/A

**UNSECURED DEBTS** totaling approximately $  30,822.65  are to be paid in deferred payments to Creditors that have filed claims that are not disallowed:  IN FULL or  40  % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2,800.00
Attorney Fees Previously Paid $ 1,020.00
Attorney Fees to be Paid through the Plan $  1,780.00

Pay administrative costs and Debtor's attorney fees pursuant to Cousrt Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent:
Nationwide Insurance - Daniel Wise, Agent
P.O. Box 329
Poplarville, MS  39407
Telephone:   (601)795-2959
Fax:

Attorney for Debtor (Name/Address/Phone #/Email):
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501
Telephone:     (228) 868-5667
Fax:               (228) 868-2554
Email:           lordlawfirm@bellsouth.net

DATE:        15-Feb-11

DEBTOR'S SIGNATURE:              /s/ Margaret A. Smith
JOINT DEBTOR'S SIGNATURE:     /s/
ATTORNEY'S SIGNATURE:          /s/ David L. Lord

Debtor's Initials
Joint Debtor's Initials