

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 18, 2015**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARGARET A. SMITH,  Case No.: 11-50349-KMS
Debtor                                      Chapter 13 Proceeding

ORDER ON MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS,
INCLUDING ONGOING MORTGAGE PAYMENTS (DK # 79)

THIS CAUSE, THIS DAY came to Court to be considered on the Debtor's Motion to Suspend Chapter 13 Plan Payments, Including Ongoing Mortgage Payments, and the Court, after having considered said Motion, is of the opinion that it is meritorious, well-taken, and should be, and is hereby, granted. It is therefore,

ORDERED AND ADJUDGED that the Chapter 13 Plan payments, including the Debtor's ongoing mortgage payments, currently past due, if any, be and the same suspended for the months of January and February, 2015, and the next Plan payment be due on or before March 31, 2015, with the Plan payments thereafter being due by the last business day of each month. It is further,

ORDERED AND ADJUDGED that any deficiency that may exist in the Debtor's payment of her Plan payments is deemed cured, and the Chapter 13 Trustee is hereby authorized to adjust the Plan payment of the Debtor, if necessary, in order to fund the Plan over the remaining term as originally proposed or hereafter modified or amended.

###END OF ORDER##

Approved by:

_____
Warren A. Cuntz, Jr., Esq.
Chapter 13 Trustee

Order prepared by:
David L. Lord (G)     1427
David L. Lord and Associates, P.A.
1819 24th Avenue
Gulfport, MS 39501
Phone: (228) 868-5667
Fax: (228) 868-2554
E-mail: lordlawfirm@bellsouth.net