IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  MARGARET A. SMITH            CHAPTER 13
                                                          CASE NO. 11-50349- KMS

TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each debtor which may be entitled to be paid from the funds is as follows:

| NAME | ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| FORREST GENERAL HOSPITAL | P O BOX 17649<br>HATTIESBURG MS 39401 | $11,998.56 |

The Trustee's check, payable to the Clerk, U. S. Bankruptcy Court, in the amount of $11,998.56, is attached hereto with a request that such funds be deposited into the Court's Registry.

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date:   June 20, 2016

Signed:   /s/ Warren A. Cuntz, Jr.   ,
                Chapter 13 Standing Trustee
                Warren A. Cuntz, Jr.