IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

RE:  MARGARET A. SMITH,                              Case No.: 11-50349-KMS
     Debtor(s)                                        Chapter 13 Proceeding

---

**DEBTOR'S(S') CERTIFICATION AND MOTION FOR ENTRY OF
CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) AND (h)**

---

**THIS MOTION SEEKS AN ORDER DISCHARGING THE DEBTOR(S) PURSUANT TO §1328 (a) AND (h) OF THE BANKRUPTCY CODE.** If you oppose this Motion, you must file a Response with the Court at its address of Clerk of Court, United States Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days from the date listed on the attached Certificate of Service. Your Response must set forth the specific factual allegations with which you disagree, and a copy of your Response must be served on the Debtor(s) (see address on attached Master Mailing Matrix) and the Debtor's(s') Attorney at his address of David L. Lord, Esq., David L. Lord and Associates, P.A., 1819 24th Avenue, Gulfport, MS 39501. If no timely Response is filed, the Court may grant this Motion and enter an Order discharging the Debtor(s) without holding a hearing. A timely Response is necessary for a hearing to be held.

1. By signing below, the Debtor(s) certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I/we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed a statement prepared as prescribed by Official Form 23 (In a joint case, both husband and wife must each complete the course and file an Official Form 23) or the approved personal financial management course provider has notified the court that I/we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. §1328(g)**

   B. All pre-petition amounts owed by me on a domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C. §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C. §1328(a)**

   C. I/We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I/We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I/we have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

F. If I/we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under §1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, then I/we have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as prohibited by §522(q)(1) of the Bankruptcy Code. 11 U.S.C. **§1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I/we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I/we may be found liable for a debt of the kind described in §522 (q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I/We have made all payments required by my confirmed Chapter 13 plan.

2. Debtor(s) hereby move the Court for the entry of a discharge order in this case.

_Margaret A Smith_       6-27-16
Debtor's Signature                              Date

_____        _____
Spouse's Signature (if Joint case)              Date

/s/ David L. Lord                  7/12/16
David L. Lord (G)      MS Bar No. 1427      Date
Attorney for the Debtor(s)
David L. Lord and Associates, P.A.
1819 24th Avenue
Gulfport, MS 39501
Phone: (228) 868-5667    Fax: (228) 868-2554
E-mail: lordlawfirm@bellsouth.net

## CERTIFICATE OF SERVICE

I, David L. Lord, of David L. Lord and Associates, P.A., Counsel for the above-listed Debtor(s), do hereby certify that I have this day served, either electronically by the *Notice of Electronic Filing*, or by First-Class U.S. Mail, a true and correct copy of the above *Certification and Motion* to the following interested parties on this the 12th day of July, 2016.

/s/ David L. Lord
David L. Lord (G)      MS Bar No. 1427

Clerk of Court                          Henry G. Hobbs, Jr., Esq.
United States Bankruptcy Court          U.S. Trustee
Dan M. Russell, Jr., U.S. Courthouse    USTPRegion05.JA.ECF@usdoj.gov
2012 15th Street, Suite 244
Gulfport, MS 39501

Warren A. Cuntz, Jr., Esq.              All Creditors on the attached Master
Chapter 13 Trustee                      Mailing Matrix
wacuntzcourt@cableone.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-1<br>Case 11-50349-KMS<br>Southern District of Mississippi<br>Gulfport-1 Divisional Office<br>Tue Jul 12 15:51:42 CDT 2016 | Back Bowl I, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave<br>Ste. 400<br>Seattle, WA 98121-3132 | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| JP Morgan Chase<br>Shapiro & Massey, LLP<br>1910 Lakeland Drive, Suite B<br>Jackson, MS 39216-5029 | JPMORGAN CHASE BANK, NA CHASE AUTO FINANCE<br>Mail Code LA4-5555   700 Kansas Lane<br>Monroe, LA 71203 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 |
| PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541-0907 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | SELECT PORTFOLIO SERVICING, INC<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5028 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | BANK OF AMERICA<br>PO BOX 15028<br>WILIMINGTON DE  19850 |
| BANK OF AMERICA<br>PO BOX 851001<br>DALLAS TX  75285-1001 | BANK OF WIGGINS<br>PO BOX 67<br>WIGGINS MS 39577-0067 | CHASE AUTO FINANCE<br>PO BOX 78067<br>PHOENIX AZ  85062-8067 |
| CHASE HOME FINANCE<br>PO BOX 24696<br>COLUMBUS OH  43224-0696 | CITI<br>PO BOX 6283<br>SIOUX FALLS SD  57117-6283 | Capital One Bank (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| Chase Auto Finance<br>POB 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | DAVID L LORD & ASSOCIATES PA<br>2300 24TH AVE<br>GULFPORT MS  39501-4605 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| HOUSEHOLD BANK<br>PO BOX 4155<br>CAROL STREAM IL 60197-4155 | HSBC<br>PO BOX 80084<br>SALINAS CA  93912-0084 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| J. Gary Massey<br>Shapiro & Massey, L.L.C.<br>1910 Lakeland Drive, Suite B<br>Jackson, MS 39216-5029 | JPMorgan Chase Bank, NA<br>3415 Vision Drive<br>Mail Code: OH4-7133<br>Columbus, OH 43219-6009 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Long Beach Mortgage Loan Trust 2000-1<br>Serviced by Select Portfolio Servicing,<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Michael Alan Jedynak<br>Morris & Associates<br>FOR Select Portfolio Servicing<br>2309 Olier Road<br>Monroe LA 71201-2932 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Portfolio Investments I LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SMITH MARGARET A<br>54 JEFFERSON RD<br>WIGGINS MS 39577-9004 |
| Select Portfolio Servicing<br>2309 Oliver Rd<br>Monroe, LA 71201-2932 | US SMALL BUSINESS ADMINISTRA<br>801 TOM MARTIN DR STE 120<br>BIRMINGHAM AL 35211-6424 | US SMALL BUSINESS ADMINISTRA<br>C/O HONORABLE CROCKET LINDSAY<br>1575 20TH AVE<br>GULFPORT MS 39501-2040 |
| US SMALL BUSINESS ADMINISTRA<br>C/O HONORABLE ERIC HOLDER<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0009 | US SMALL BUSINESS ADMINISTRA<br>C/O HONORABLE STAN HARRIS<br>188 E CAPITOL ST STE 500<br>JACKSON MS 39201-2126 | US SMALL BUSINESS ADMINISTRA<br>PO BOX 740192<br>ATLANTA GA 30374-0192 |
| WAL-MART/GEMB<br>PO BOX 981470<br>EL PASO TX 79998-1470 | Brian J Dilks<br>Dilks & Knopik, LLC<br>35308 SE Center St<br>Snoqualmie, WA 98065-9216 | David L.[G] Lord<br>David L. Lord and Associates, P.A.<br>1819 24th Avenue<br>Gulfport, MS 39501-2974 |
| Margaret A. Smith<br>3289110 X Ave. SW<br>Dickinson, ND 58601 | OTTIS B. CHIP CROCKER III<br>2300 24TH AVE.<br>GULFPORT, MS 39501-4605 | Warren A. Cuntz T1 Jr.<br>P. O. Box 3749<br>Gulfport, MS 39505-3749 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| DELL<br>PO BOX 81585<br>AUSTIN TX 78708-1585 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Back Bowl I, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | End of Label Matrix<br>Mailable recipients  47<br>Bypassed recipients   2<br>Total                 49 |