Form hn002kms (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Margaret A. Smith

                  CASE NO. 11–50349–KMS

    DEBTOR.                                      CHAPTER 13

### NOTICE OF HEARING AND DEADLINES

    Dilks & Knopik, LLC has filed an Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 USC Section 347 and 28 USC Sections 2041 ET. Seq. (the "Application") (Dkt. #124) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on August 4, 2016, at 10:00 AM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Application.

    If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application , you or your attorney must file a written response explaining your position so that the Court receives it on or before July 28, 2016. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application. If no response is filed, the Court may consider the Application and enter an order granting relief before the hearing date.

Dated: 7/15/16

                                          Danny L. Miller, Clerk of Court
                                          U.S. Bankruptcy Court
                                          Dan M. Russell, Jr. U.S. Courthouse
                                          2012 15th Street, Suite 244
                                          Gulfport, MS 39501
                                          228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Margaret A. Smith, Debtor

David L. Lord, Esq.

Warren A. Cuntz, JR., Trustee

Brian J. Dilks, Esq.

United States Attorney