

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: July 29, 2016

The Order of the Court is set forth below. The docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    MARGARET A. SMITH                 CASE NO. 11-50349 KMS

    DEBTOR .                                     CHAPTER 13

### ORDER RESETTING HEARING

This matter came on this date on the Motion to Release Funds from Court Registry filed by Brian J. Dilks on behalf of Margaret A. Smith (the "Motion") (Dkt. #124) and the Court having considered the facts herein, finds that the hearing on August 4, 2016, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for August 25, 2016, at 10:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841